Constantine Zitz, Respondent, *v.* Louis D. Waxberg et al., Appellants.

(Argued October 12, 1932; decided October 28, 1932.)

*John W. Jordan, Harold R. Medina, Harold R. Oakes* and *William Butler* for appellants.

*Manley J. Greenwald* and *Henry S. Sellin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.